NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERESA BOTTEN-EDWARDS and )
RODDNEY BOTTEN-EDWARDS, )
)
    Appellants, )
)
v. )    Case No. 2D17-3866
)
WAL-MART STORES, INC., )
)
    Appellee. )
_____ )

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Lee
County; Jay B. Rosman, Judge.

George A. Vaka and Richard N. Asfar
of Vaka Law Group, P.L., Tampa; and
Ronald M. Simon and Amanda D.
Suriel of Simon Trial Firm, Miami, for
Appellants.

Karen M. Shimonsky and Thomas A.
Valdez of Quintairos, Prieto, Wood &
Boyer, P.A., Tampa, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.